UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Case Number: 15-20218-CIV-MORENO

SCOTT JOSEPH JUREWICZ,

    Plaintiff,

vs.

NESTOR A. AMORES and the CITY OF MIAMI,

    Defendants.
_____/

## FINAL ORDER OF DISMISSAL AND ORDER DENYING ALL PENDING MOTIONS AS MOOT

THIS CAUSE came before the Court upon the Mediation Report, filed June 22, 2015.

THE COURT has considered the report and the pertinent portions of the record, and is otherwise fully advised in the premises. In view of the Parties' settlement agreement, it is

**ADJUDGED** that this Cause is **DISMISSED** with prejudice, with each party bearing its own fees and costs. Fed.R.Civ.P. 41(a)(1)(A)(ii). The Court will retain jurisdiction to enforce the terms of the settlement agreement for 180 days if it is filed with the Court by July 9, 2015.

DONE AND ORDERED in Chambers at Miami, Florida, this 23rd day of June, 2015.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

Counsel of Record